**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**ANDREW JOHNSON,**<br><br>**Defendant.** | **Criminal Action No. 22-414 (JEB)** |

**ORDER**

The Court ORDERS that:

1.  Defendant's [39] Motion for Travel Expenses is GRANTED IN PART and DENIED IN PART; and

2.  Pursuant to 18 U.S.C. § 4285, the USMS shall furnish Defendant the fare for his transportation to this district for trial on April 15, 2024, as well as subsistence expenses for such travel.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: April 9, 2024

1